[No. 12138-1-III.  Division Three.  March 18, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DUANE
W. MAW, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima
County, No. 91-1-01388-3, Robert N. Hackett, Jr., J., entered
December 13, 1991. *Affirmed* by unpublished opinion per
Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 13395-4-II.  Division Two.  March 19, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
WARDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 89-1-00444-3, Terence Hanley, J., entered
November 22, 1989. *Affirmed* by unpublished opinion per
Petrich, J., concurred in by Alexander, C.J., and Morgan, J.

[No. 13844-1-II.  Division Two.  March 19, 1993.]

CATHERINE LEEPER, *Respondent*, v. THE DEPARTMENT
OF LABOR AND INDUSTRIES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 88-2-07465-3, Nile E. Aubrey, J., entered March
27, 1990. *Affirmed* by unpublished opinion per Morgan, J.,
concurred in by Seinfeld, A.C.J., and Petrich, J.